# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name | Officer No. |
|---|---|---|---|
| A51 | FDVI005S | Roper | 2331 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged | ☐ CFR ☐ USC ☐ State Code |
|---|---|---|
| 02/15/2022  10:20 | FED  36CFR  261.3A | |

**Place of Offense**
FOREST ROUTE 525D

**Offense Description: Factual Basis for Charge**    HAZMAT ☐

THREATENING, RESISTING, INTIMIDATING, OR INTERFERING WITH ANY FOREST OFFICER ENGAGED IN OR ON ACCOUNT OF THE PERFORMANCE OF HIS OFFICIAL DUTIES

### DEFENDANT INFORMATION    Phone: (   )

| Last Name | First Name | M.I. |
|---|---|---|
| SHEA | SARAH | A |

**Street Address**

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| JEROME | AZ | 86331 | 983 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| | | AZ | 1010 |

☒ Adult ☐ Juvenile   Sex  ☐ Male  ☒ Female    Hair BLN   Eyes GR   Height 5'3"   Weight 130

### VEHICLE   VIN:                                        CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| | AZ | 2014 | TOYT | | WHI |

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☒ If Box A is checked, you must appear in court. See instructions | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions |

|  | Forfeiture Amount |
|---|---|
| $30.00 | Processing Fee |
| **PAY THIS AMOUNT AT** www.cvb.uscourts.gov → | **Total Collateral Due** |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| 123 N San Francisco St | |
| Flagstaff, AZ 86001 | Time (hh:mm)  09:00 |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature _____

Officer's Copy (Pink)

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **February 15, 2022** while exercising my duties as a law enforcement officer in the _____ District of **AZ**

I state than on February 15, 2022 while exercising my duties as a Law Enforcement Officer in the District of Arizona I, U.S. Forest Service Law Enforcement Officer (LEO) Roper, was on uniformed patrol in a marked patrol vehicle within the jurisdiction of the Coconino National Forest.

At approximately 0920 hours I received a phone call from USFS employee Mike Suggs that a Jeep tour company under permit with the USFS was being blocked access to an area of the Coconino National Forest along Forest Route (FR) 525D by an upset camper named "Karen." I responded to FR 525D and began interviewing all campers along the road to see if they had been obstructing the Jeep tours or if they had observed such behavior from a neighboring camp. I contacted approximately 7 camps with no one reporting any obvious violations.

At approximately 1020 hours I contacted the last camp, which was located within the first quarter mile of FR 525D on the west side of the road. This area is designated as a no camping area per 36 CFR 261.58 (e) and Forest Order 04-99-02R. I observed a Male and Female standing in the road immediately adjacent to the camp containing a white Toyota Prius (AZ: _____ registered to suspect Sarah SHEA) and a white Ford van. I contacted the male and SHEA, who both had dogs off leash (a violation of 36 CFR 261.8 (d)). Immediately both subjects became verbally confrontational and were demanding to know why they were being contacted. I informed the campers that they were the last of several interviews about someone obstructing the roadway, and that their dogs needed to be on a leash and that they were in an area closed to camping. Several times the male attempted to return to the vehicle and given his aggressive demeanor and the fact that he had a knife on his person, I told him to stay by the road. SHEA claimed that her dog was injured and carried her dog to the back of her car. After she had been back there and out of sight for what I felt was longer than necessary, I asked her to come back to the road. I told both of them to stay away from their vehicles and camp while I was talking to them

I then asked SHEA and the male for their names. SHEA initially only gave me a first name, but after her arguing about the validity of me requesting her identifying information she finally gave me her full name, date of birth, and driver's license state. The male stated that he did not have a driver's license or ID card, and he provided me a fictitious name of "John Smith." During and after obtaining their stated identifying information, both subjects continued arguing with me so much that I was unable to even use my radio to run wants/warrants checks on either person. After convincing them that they would be free to leave as soon as I confirmed their identity...

Continued .. See attached

The foregoing statement is based upon:

**MY PERSONAL OBSERVATION**

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **02/15/2022**    *C. Roper*
                Date (mm/dd/yyyy)        Officer's Signature

☒ Probable cause has been stated for the issuance of a warrant.

Executed on: **Camille D. Bibles**  Digitally signed by Camille D. Bibles
             Date: 2022.02.16 06:22:34 -07'00'
                Date (mm/dd/yyyy)        U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license,   CMV = Commercial vehicle involved in incident

---

21-04053-MJ-01-PCT-CDB



| USDA<br>Forest Service | STATEMENT OF PROBABLE CAUSE | CASE NUMBER<br>FDVI005S |
|---|---|---|

| FOREST | ADDRESS |
|---|---|
| Coconino National Forest | 8375 State Route 179, PO Box 20429, Sedona, AZ 86341 |

I state than on February 15, 2022 while exercising my duties as a Law Enforcement Officer in the District of Arizona I, U.S. Forest Service Law Enforcement Officer (LEO) Roper, was on uniformed patrol in a marked patrol vehicle within the jurisdiction of the Coconino National Forest.

At approximately 0920 hours I received a phone call from USFS employee Mike Suggs that a Jeep tour company under permit with the USFS was being blocked access to an area of the Coconino National Forest along Forest Route (FR) 525D by an upset camper named "Karen." I responded to FR 525D and began interviewing all campers along the road to see if they had been obstructing the Jeep tours or if they had observed such behavior from a neighboring camp. I contacted approximately 7 camps with no one reporting any obvious violations.

At approximately 1020 hours I contacted the last camp, which was located within the first quarter mile of FR 525D on the west side of the road. This area is designated as a no camping area per 36 CFR 261.58 (e) and Forest Order 04-99-02R. I observed a Male and Female standing in the road immediately adjacent to the camp containing a white Toyota Prius (AZ: _ _ _, registered to suspect Sarah SHEA) and a white Ford van. I contacted the male and SHEA, who both had dogs off leash (a violation of 36 CFR 261.8 (d)). Immediately both subjects became verbally confrontational and were demanding to know why they were being contacted. I informed the campers that they were the last of several interviews about someone obstructing the roadway, and that their dogs needed to be on a leash and that they were in an area closed to camping. Several times the male attempted to return to the vehicle and given his aggressive demeanor and the fact that he had a knife on his person, I told him to stay by the road. SHEA claimed that her dog was injured and carried her dog to the back of her car. After she had been back there and out of sight for what I felt was longer than necessary, I asked her to come back to the road. I told both of them to stay away from their vehicles and camp while I was talking to them.

I then asked SHEA and the male for their names. SHEA initially only gave me a first name, but after her arguing about the validity of me requesting her identifying information she finally gave me her full name, date of birth, and driver's license state. The male stated that he did not have a driver's license or ID card, and he provided me a fictitious name of "John Smith." During and after obtaining their stated identifying information, both subjects continued arguing with me so much that I was unable to even use my radio to run wants/warrants checks on either person. After convincing them that they would be free to leave as soon as I confirmed their identity, I told SHEA and the male to stay put next to the road while I spoke with dispatch. Dispatch informed me over the phone that there was no person matching the information that the male provided me. I ordered the male to separate from the female and ordered him into a handcuffing position. The male refused to comply, and after being sprayed with OC ("pepper") spray, he violently attacked me. In the ensuing fight it became clear it was a fight for my life, as the male attempted several times to take my service pistol out of my holster, and he also attempted to get a choke hold around my neck. I fought him off of me and he immediately began to flee on foot. I chased him at gunpoint, during which time he repeatedly yelled at SHEA statements to the effect of "get out of here" and "go Sarah go." Very shortly thereafter I heard the squealing of car tires in the dirt and I heard a car speed down FR 525D, then continue east on FR 525.

After several minutes of pursuing the male on foot, I returned to my patrol vehicle at the camp to see that the Prius was gone, as was SHEA, despite my orders for her to stay away from the camp. I put out an "Attempt to Locate" to surrounding agencies for the SHEA's Prius. At some point I heard that units with Yavapai County Sheriff's Office and Sedona Police Department had located SHEA and the dogs in the Prius. I informed them that I had probable cause for her arrest, and she was transported to Sedona Police Department's holding facility. At some point she was asked the name of the male and she also provided the false alias to a Yavapai County Sheriff's Lieutenant.

I charged SHEA with a violation of 36 CFR 261.3 (a), Threatening, resisting, intimidating, or interfering with any forest



| **USDA** | **STATEMENT OF PROBABLE CAUSE** | CASE NUMBER |
|---|---|---|
| **Forest Service** | | **FDVI005S** |

officer engaged in or on account of the performance of his official duties in the protection, improvement, or administration of the National Forest System is prohibited. SHEA was notified of her charges by USFS Special Agent Witt and she was taken into federal custody.

The foregoing is based upon:
- _X_ My personal observations.
- _X_ My personal investigation.
- ___ Information supplied to me from a fellow officer's observations.
- _X_ Other (explained above).

I declare under penalty of perjury that the information which I have set forth above and on the face of the Violation Notice is true and correct to the best of my knowledge.

Executed on February 15, 2022

*C. Roper* (signature)

*Law Enforcement Officer C. Roper*

Probable Cause has been stated for the issuance of a summons or a warrant for the arrest of the violator named or identified herein.

**Camille D. Bibles**
Digitally signed by Camille D. Bibles
Date: 2022.02.16 06:23:22 -07'00'

_____          _____
*(Date)*                          *(United States Magistrate-Judge)*

# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name | Officer No. |
|---|---|---|---|
| A51 | FDVI005T | Roper | 2331 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged | ☐ CFR ☐ USC ☐ State Code |
|---|---|---|
| 02/15/2022  10:20 | FED  36CFR  261.58E | |

**Place of Offense**
FOREST ROUTE 525D

**Offense Description: Factual Basis for Charge**  HAZMAT ☐
CAMPING IN AN AREA WHERE PROHIBITED BY FOREST ORDER

### DEFENDANT INFORMATION   Phone: ( )

| Last Name | First Name | M.I. |
|---|---|---|
| SHEA | SARAH | A |

**Street Address**

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| JEROME | AZ | 86331 | /1983 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| | | AZ | ·1010 |

☒ Adult ☐ Juvenile  Sex ☐ Male ☒ Female  Hair BLN  Eyes GR  Height 5'3"  Weight 130

### VEHICLE   VIN:   CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| | AZ | 2014 | TOYT | | WHI |

**APPEARANCE IS REQUIRED** — A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL** — B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

Forfeiture Amount
$30.00  Processing Fee

**PAY THIS AMOUNT AT**
www.cvb.uscourts.gov →   Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| 123 N San Francisco St | |
| Flagstaff, AZ 86001 | Time (hh:mm) 09:00 |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature _____

Officer's Copy (Pink)

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on February 15, 2022 while exercising my duties as a law enforcement officer in the _____ District of AZ

I state than on February 15, 2022 while exercising my duties as a Law Enforcement Officer in the District of Arizona I, U.S. Forest Service Law Enforcement Officer (LEO) Roper, was on uniformed patrol in a marked patrol vehicle within the jurisdiction of the Coconino National Forest.

At approximately 0920 hours I received a phone call from USFS employee Mike Suggs that a Jeep tour company under permit with the USFS was being blocked access to an area of the Coconino National Forest along Forest Route (FR) 525D by an upset camper named "Karen." I responded to FR 525D and began interviewing all campers along the road to see if they had been obstructing the Jeep tours or if they had observed such behavior from a neighboring camp. I contacted approximately 7 camps with no one reporting any obvious violations.

At approximately 1020 hours I contacted the last camp, which was located within the first quarter mile of FR 525D on the west side of the road. This area is designated as a no camping area per 36 CFR 261.58 (e) and Forest Order 04-99-02R. I observed a Male and Female standing in the road immediately adjacent to the camp containing a white Toyota Prius (AZ: _____, registered to suspect Sarah SHEA) and a white Ford van. I contacted the male and SHEA, who both had dogs off leash (a violation of 36 CFR 261.8 (d)). Immediately both subjects became verbally confrontational and were demanding to know why they were being contacted. I informed the campers that they were the last of several interviews about someone obstructing the roadway, that their dogs needed to be on a leash, and that they were in an area closed to camping. During any discussion other than talking about their injured dog, the pair ranged from verbally resistant to verbally assaultive/aggressive throughout the contact. The male told me that they had been camped in that spot for one night but that they live in Jerome and they were planning on leaving later that day. I later observed items consistent with camping, such as a rug outside the van's open cargo door and a bed with bedding inside the van. SHEA and the male claimed that they were together and both traveling in the Prius, but the van had belongings that appeared to belong to the male suspect and not SHEA.

I received significant verbal resistance attempting to obtain the identification for SHEA and the male suspect. After convincing them that they would be free to leave as soon as I confirmed their identity, I told the suspects to stay put next to the road while I spoke with dispatch. Dispatch informed me over the phone that there was no person matching the information that the male provided me.

Continued... See attached

The foregoing statement is based upon:

MY PERSONAL INVESTIGATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 02/15/2022     C. Roper
              Date (mm/dd/yyyy)     Officer's Signature

☒ Probable cause has been stated for the issuance of a warrant.

Executed on:  **Camille D. Bibles** Digitally signed by Camille D. Bibles
              Date: 2022.02.16 06:23:53 -07'00'
              Date (mm/dd/yyyy)     U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident; **PASS** = 9 or more passenger vehicle; **CDL** = Commercial drivers license; **CMV** = Commercial vehicle involved in incident



## USDA   STATEMENT OF PROBABLE CAUSE
### Forest Service

CASE NUMBER
FDVI005T

| FOREST | ADDRESS |
|---|---|
| Coconino National Forest | 8375 State Route 179, PO Box 20429, Sedona, AZ 86341 |

I state than on February 15, 2022 while exercising my duties as a Law Enforcement Officer in the District of Arizona I, U.S. Forest Service Law Enforcement Officer (LEO) Roper, was on uniformed patrol in a marked patrol vehicle within the jurisdiction of the Coconino National Forest.

At approximately 0920 hours I received a phone call from USFS employee Mike Suggs that a Jeep tour company under permit with the USFS was being blocked access to an area of the Coconino National Forest along Forest Route (FR) 525D by an upset camper named "Karen." I responded to FR 525D and began interviewing all campers along the road to see if they had been obstructing the Jeep tours or if they had observed such behavior from a neighboring camp. I contacted approximately 7 camps with no one reporting any obvious violations.

At approximately 1020 hours I contacted the last camp, which was located within the first quarter mile of FR 525D on the west side of the road. This area is designated as a no camping area per 36 CFR 261.58 (e) and Forest Order 04-99-02R. I observed a Male and Female standing in the road immediately adjacent to the camp containing a white Toyota Prius (AZ: registered to suspect Sarah SHEA) and a white Ford van. I contacted the male and SHEA, who both had dogs off leash (a violation of 36 CFR 261.8 (d)). Immediately both subjects became verbally confrontational and were demanding to know why they were being contacted. I informed the campers that they were the last of several interviews about someone obstructing the roadway, that their dogs needed to be on a leash, and that they were in an area closed to camping. During any discussion other than talking about their injured dog, the pair ranged from verbally resistant to verbally assaultive/aggressive throughout the contact. The male told me that they had been camped in that spot for one night but that they live in Jerome and they were planning on leaving later that day. I later observed items consistent with camping, such as a rug outside the van's open cargo door and a bed with bedding inside the van. SHEA and the male claimed that they were together and both traveling in the Prius, but the van had belongings that appeared to belong to the male suspect and not SHEA.

I received significant verbal resistance attempting to obtain the identification for SHEA and the male suspect. After convincing them that they would be free to leave as soon as I confirmed their identity, I told the suspects to stay put next to the road while I spoke with dispatch. Dispatch informed me over the phone that there was no person matching the information that the male provided me. I ordered the male to separate from the female and ordered him into a handcuffing position. The male refused to comply, and after being sprayed with OC ("pepper") spray, he violently attacked me. In the ensuing fight it became clear it was a fight for my life, as the male attempted several times to take my service pistol out of my holster, and he also attempted to get a choke hold around my neck. Eventually I fought him off me and he immediately began to flee on foot. As I chased the male I heard I heard the scratching of car tires spinning in the dirt and I heard a car, presumably SHEA's, speed out of the area.

After several minutes of pursuing the male on foot, I returned to my patrol vehicle at the camp to see that the Prius was gone, as was SHEA. I put out an "Attempt to Locate" to surrounding agencies for the SHEA's Prius. At some point I heard that units with Yavapai County Sheriff's Office and Sedona Police Department had located SHEA and the dogs in the Prius. I informed them that I had probable cause for her arrest, and she was transported to Sedona Police Department's holding facility. At some point she was asked the name of the male and she also provided the false alias to a Yavapai County Sheriff's Lieutenant.

I charged SHEA with a violation of 36 CFR 261.58 (e), camping in an area closed by forest order. SHEA was later notified of her charges by USFS Special Agent Coda Witt and she was taken into federal custody.

The foregoing is based upon:



| USDA<br>Forest Service | STATEMENT OF PROBABLE CAUSE | CASE NUMBER<br>FDVI005T |
|---|---|---|

_X_  My personal observations.
_X_  My personal investigation.
___ Information supplied to me from a fellow officer's observations.
_X_  Other (explained above).

I declare under penalty of perjury that the information which I have set forth above and on the face of the Violation Notice is true and correct to the best of my knowledge.

Executed on February 15, 2022

*C. Roper*

*Law Enforcement Officer C. Roper*

Probable Cause has been stated for the issuance of a summons or a warrant for the arrest of the violator named or identified herein.

Camille D. Bibles
Digitally signed by Camille D. Bibles
Date: 2022.02.16 06:24:28 -07'00'

_____          _____
*(Date)*                                                  *(United States Magistrate-Judge)*